UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

DOUGLAS L. ROBINSON,

                 Plaintiff,

    -against-

DELAWARE & HUDSON RAILWAY
COMPANY, INC. d/b/a CP RAIL,

                 Defendant.
-----------------------------------------------------------

**STIPULATION OF DISCONTINUANCE**

Civil Action No.: 08-CV-136

GTS/DRH

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of this action, any and all claims against the defendant, and the same are hereby discontinued, with prejudice and on the merits, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

DATED:    February 7, 2011

| DAVIS LAW FIRM, P.C. | McNAMEE, LOCHNER, TITUS & WILLIAMS, P.C. |
|---|---|
| By: _[signature]_ <br> G. Sander Davis <br> Attorneys for Plaintiff <br> Two Bala Plaza, Suite 300 <br> P.O. Box 2445 <br> Bala Cynwyd, Pennsylvania 19004 | By: _[signature]_ <br> Scott A. Barbour <br> Attorneys for Defendant <br> 677 Broadway <br> P.O. Box 459 <br> Albany, New York 12201-0459 |

IT IS SO ORDERED:

_[signature]_
Glenn T. Suddaby
U.S. District Judge
Dated: 2/7/11

(M0408445.1)